JAMES, VERNON & WEEKS, P.A.
Susan P. Weeks
Idaho State Bar No. 4255
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICA KIDD ISLAND FIRE PROTECTION DISTRICT, a governmental subdivision of the State of Idaho,<br><br>Plaintiff,<br><br>v.<br><br>International Association of Fire Fighters Local 5005, a union,<br><br>Defendant. | Case No. 22-cv-00175-CWD |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mica Kidd Island Fire Protection District hereby gives notice that this action is voluntarily dismissed. Defendant International Association of Fire Fighters Local 5005 has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice, because

NOTICE OF VOLUNTARY DISMISSAL: 1

the parties have settled. See Fed. R. Civ. P. 41(a)(1)(B).

DATED this 7th day of September, 2022.

              JAMES, VERNON & WEEKS, P.A.

              By: */s/ Susan P. Weeks*
                 Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL: 2